RECEIVED

JUL – 2 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# United States District Court

Eastern District of Missouri

Thomas F. Eagleton Courthouse

111 South, 10th Street

St. Louis, Missouri 62102

Phone:  314-244- 7900


UDIS SANCHEZ MANALANSAN-LORD

Ph.D., J.D.

   Plaintiff

v.

U.S. Department of Education

Federal Offset Unit

P.O. Box 5227

Greenville, Texas 75403

   Phone: 1-800 621-3115

   Account No:  051028281029


   Defendant

1

## UDIS SANCHEZ MANALANSAN-LORD'S INITIAL DISCLOSURES

Pursuant to Rule 26(a) (1) (Lord), submits her Initial Disclosures below:

1. R.26(a)(1)(A) – The name, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses.

   RESPONSE

   A. Plaintiff, Udis Sanchez Manalansan-Lord

      Plaintiff knows that the loans at issue in this lawsuit, if they do exist, should have been discharged through  the **Public Service Loan Forgiveness, exhibit 1,a,1,b.**

   B.  U.S. Department of Education
   Federal Offset Unit
   Greenville, Texas 75403
   Phone:  800-621-3115

The Department of Education told the US Department of Treasury to collect $750 from Plaintiff's social security benefits beginning July 2025. Exhibit 1

Furthermore, the U.S. Department of Education forbids the plaintiff from contacting the Social Security regarding this matter., Exhibit 1.

Plaintiff, a senior citizen, is prohibited from having social security garnishment, exhibit 2,3,4.

**Due Process of Law**

Finally, plaintiff, a U.S. citizen and a public school teacher for 33 years for low income school districts has the right to due process of law, where a U.S. citizen is assumed innocent until proven guilty.

Specifically, for the U.S. Department of Education to prove that it has the right to garnish the plaintiff's social security income, it must show documents showing the actual checks and plaintiff's signature in endorsing those checks.

**Deprivation of Property**

The plaintiff, a U.S. citizen, cannot be deprived of property without due process of law. The plaintiff's social security income is her private property. Thus, the U.S. Department of Education will be violating the plaintiff's right by garnishing her social security income without due process of law.

June 29, 2025                                        Respectfully submitted.

/s/Udis Sanchez Manalansan Lord, Ph.D., J.D.

Plaintiff Pro-Se

1280 Rivercity Crossing

O'Fallon, Missouri 63366

Mobile Phone: 636-795=9214

Email: udislord@aol.com

3