**Consumer**Affairs

 **News     Debt Management and Settlement**

# Seniors won't face garnishment of Social Security payments on student debt after all



Over 450,000 older borrowers face losing crucial financial support due to overdue student loans. Advocates urge stronger relief measures. Image (c) ConsumerAffairs

Share ⠀

**The Education Department had previously said it would seized old-age benefits**

 James R. Hood, Founder and Editor

Jun 10, 2025

The U.S. Education Department has reversed course and now says it has not and will not garnish the Social Security benefits of older people whose student loans are delinquent.

The government restarted collections for the millions of people who are in default on their loans and had said its collection efforts would include garnishing Social Security payments.  But now an Education Department spokesperson says that's not happening.


Exhibit 2