# *Move Comes as Millions of Americans Are Still Struggling to Navigate Unprecedented Economic Uncertainty and Record Number of Americans Are Behind on Student Loan Bills*

**June 3, 2025 | WASHINGTON, D.C.** — Last night, the Education Department told reporters (https://www.cnbc.com/2025/06/02/trump-pauses-social-security-benefit-cuts-over-defaulted-student-loans.html)that the Trump Administration was reversing course and pausing its plans to offset the Social Security benefits of defaulted student loan borrowers. This news is in stark contrast to the Administration's April 21st announcement (https://www.ed.gov/about/news/press-release/us-department-of-education-begin-federal-student-loan-collections-other-actions-help-borrowers-get-back-repayment), that starting on May 5, 2025, it planned to subject millions of Americans in default to mandatory collections, including wage garnishment, tax refund, and Social Security benefit offsets.

**In response, Student Borrower Protection Center (SBPC) Deputy Executive Director and Managing Counsel Persis Yu released the following statement:**

> *"After threatening the financial security of hundreds of thousands of older Americans and student loan borrowers with disabilities, this Administration's abrupt turn shows what this entire performance was really about: allowing Secretary McMahon to act tough for an audience of right-wing talking heads and Republican donors, even though the government agency she runs remains profoundly broken.*

Exhibit 4