UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

Udis Manalansan-Lord

    Plaintiff                         Civil Action No:  4:25-CV00985-SEP

    v.

U.S. Dept. of Education

Comes now, plaintiff, Udis Manalansan-Lord, hereby requests a  hearing on her Motion for Temporary Restraining Order  as soon as possible.

Plaintiff, a full time school teacher for 33 years, has filed the Public Service Loan Forgiveness for what the U.S. Dept of Education claims she owes.

The only communication the plaintiff received from the U.S. Department of Education regarding these loans they claim the plaintiff owes,is a garnishment letter, stating that the U.S. Department of Education will garnish the plaintiff's social security  $750 beginning July 16, 2025.

Udis Manalansan-Lord

Plaintiff Pro Se

1280 Rivercity Crossing

O'Fallon, MO 63366

Email: udislord@aol.com, Phone: 636-795-9214

Certificate of Service

I hereby certify that a true copy of this Notice Requesting Hearing on Motion for Temporary Restraining Order  was served by certified mail, or electronic notice on July 8, 2025.

Signature